UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHANDON LYNN DAVIS,

      Defendant.

Case: 1:20-cr-20153
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-11-2020 At 01:24 PM
SEALED MATTER (krc)

Violations:
18 U.S.C. § 113(a)(8)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. §§ 113(a)(8), 1151, and 1153 - Assault of a Spouse by Strangulation or Attempted Strangulation

1.      On or about February 21, 2019, in the Northern Division of the

Eastern District of Michigan, within Indian country, as defined in 18 U.S.C.

§ 1151, that is, the Isabella Reservation, Shandon Lynn Davis, an Indian, assaulted

T.H., her spouse, by attempting to strangle and by strangling her.

All in violation of Title 18, United States Code, Sections 113(a)(8), 1151,

and 1153.

1

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON


MATTHEW SCHNEIDER
United States Attorney


*s/Anthony P. Vance*
ANTHONY VANCE
Chief, Branch Offices


*s/Ann Nee*
ANN NEE
Assistant United States Attorney

Dated: March 11, 2020

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information**<br>This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:<br><br>☐ Yes          x No | Case: 1:20-cr-20153<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 03-11-2020 At 01:24 PM<br>SEALED MATTER (krc) |
|---|---|

**Case Title:** USA v.   Shandon Davis

**County where offense occurred:**   Isabella

**Check One:**  X  Felony      ____Misdemeanor      **Petty**

    __X__Indictment/____Information --- **no** prior complaint.
    _____Indictment/____Information --- based upon prior complaint [ ]
    _____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   March 11, 2020

_Ann Nee_
Ann Nee
Assistant United States Attorney
600 Church Street
Flint, MI 48502
ann.nee@usdoj.gov
(810) 766-5177

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.